U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 25-mj-8274-WM

**UNITED STATES OF AMERICA**

v.

DERRICK SHEALEY       /

Inmate Name: DERRICK SHEALEY

Inmate #: 0344615

**PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its United States Attorney, shows to the Court:

1. An Initial Appearance is pending in this Court against Derrick Shealey the above styled case, and it is set for as to the defendant on June 3, 2025 at Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, FL 33401

2. The defendant is now confined in the Palm Beach County Jail at 3228 Gun Club Rd, West Palm Beach, FL 33406

3. It is necessary to have the defendant before this Court for an Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: *[signature]*
JOHN McMILLAN
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA John McMillan )