UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80091-Rosenberg/Reinhart

26 U.S.C. § 5861(d)
18 U.S.C. § 922(g)(1)
26 U.S.C. § 5872

UNITED STATES OF AMERICA,

vs.

DERRICK LANARD SHEALEY,

Defendant.
_____/



## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 23, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DERRICK LANARD SHEALEY,**

did knowingly possess a firearm, as defined under Title 26, United States Code, Section 5845(a)(6) and 5845(b), which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

It is further alleged that the firearm is a destructive device, commonly known as a "pipe bomb," as defined in Title 26, United States Code, Section 5845(f).

## COUNT 2

On or about July 23, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**DERRICK LANARD SHEALEY,**

knowingly possessed a firearm in and affecting interstate commerce, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

It is further alleged that the firearm is a destructive device as defined under Title 18, United States Code, Section 921(a)(3)(D) and Title 26, United States Code, Section 5845(a)(8) and (f).

A TRUE BILL:

_____
FOREPERSON

*[signature]* for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO.: 25-cr-80091-Rosenberg/Reinhart |
|---|---|
| v. | |
| DERRICK LANARD SHEALEY, | **CERTIFICATE OF TRIAL ATTORNEY** |
| / | **Superseding Case Information:** |

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4-5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge William Matthewman   Magistrate Case No. 25-mj-8274-WM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 6/3/2025
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the Southern District of Florida
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JOHN C. MCMILLAN, JR.
Assistant United States Attorney
SDFL Court ID No.  A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DERRICK LANARD SHEALEY

**Case No:** 25-cr-80091-Rosenberg/Reinhart

**Count #: 1**

**Unlawful Possession of an Unregistered Destructive Device.**

**Title 26, United States Code, Sections 5861(d) and 5871**
* **Max. Term of Imprisonment:** Ten (10) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

**Count #: 2**

**Possession of Firearm by a Convicted Felon.**

**Title 18, United States Code, Sections 922(g)(1), 924(a)(8)**
* **Max. Term of Imprisonment:** Fifteen (15) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.